# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**DON PADILLA and GERI PADILLA,**

    Plaintiffs-Appellees,

v.                                                  **No. 29,223**

**BRENT P. TOWNSLEY and JANELL M. TOWNSLEY, husband and wife, and SPECIALTY BUILDER, INC.,**

    Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Nan G. Nash, District Judge**

Robert D. Gorman
Albuquerque, NM

for Appellees

Madison, Harbour & Mroz, P.A.
Gregory D. Steinman
Rachel A. Bayless
Albuquerque, NM

for Appellants

## MEMORANDUM OPINION

**VIGIL, Judge.**

Defendants appealed from an order denying their motions in limine, and from the district court's findings of fact and conclusions of law. This Court issued a calendar notice proposing to dismiss the case because it was not an appeal from a final

order. In response to our calendar notice, Defendants have given notice to this Court that they do not oppose summary dismissal in this case. Therefore, for the reasons discussed in our calendar notice, we dismiss the appeal.

**IT IS SO ORDERED.**

_____

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**TIMOTHY L. GARCIA, Judge**